BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEPHEN WINDHAM and PAULA WINDHAM, | ) ) ) | Case No. 2:15-cv-02340-TLN-DB |
| Plaintiffs, | ) ) | **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.** |
| vs. | ) ) ) | |
| ARMSTRONG INTERNATIONAL, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC. are hereby dismissed without prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 09/09/2016

_____
Troy L. Nunley
United States District Judge

1

**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.**